# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **APPEAL** |
| | § | |
| GOLDEN OIL COMPANY | § | CIVIL CASE NO. 4:06cv2239 |
| | § | |
| | § | Chapter 7 |
| GOLDEN OIL COMPANY, | § | |
| APPELLANT | § | |
| | § | |
| ENERGEN RESOURCES, INC. | § | |
| APPELLEE | § | |

## NOTICE OF CROSS-APPEAL TO FIFTH CIRCUIT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that Golden Oil Company, Appellant in the above-captioned case, hereby cross-appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order of the United States District Court entered in this action on March 27, 2007, affirming a decision of the Bankruptcy Court.

The parties to the Memorandum Opinion and Order appealed from and the names and addresses of their respective attorneys are as follows:

    Appellant - Energen Resources Corporation
    Philip G. Eisenberg
    Mark A. Chavez
    600 Travis Street, Suite 3400
    Houston, Texas 77002
    Phone: (713) 226-1200
    Fax: (713) 223-3717
    Attorneys for Energen Resources Corporation

Appellee – Golden Oil Company
Edward L. Rothberg
Hugh M. Ray, III
Tanya N. Garrison
Weycer, Kaplan, Pulaski & Zuber, P.C.
1400 Summit Tower
11 Greenway Plaza
Houston, TX 77046
Tel. (713) 961-9045
Fax (713) 961-5341
Attorneys for Golden Oil Company

DATED:  April 25, 2007

        Respectfully submitted,

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:_____
    HUGH M. RAY, III
    State Bar No. 24004246
    Fed. I.D. No. 22090
    TANYA N. GARRISON
    State Bar No. 24027180
    Eleven Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Telephone: (713) 961-9045
    Facsimile:  (713) 961-5341
    ATTORNEYS    FOR    APPELLANT,
    GOLDEN OIL COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing has been forwarded to the following parties in interest, via the ECF system and first class mail on April 25, 2007, to:

Phil Eisenberg
Locke Liddell & Sapp
600 Travis, Suite 3400
Houston, Texas 77002

                                           ____/s Hugh M. Ray, III_____
                                           Hugh M. Ray, III