IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **APPEAL** |
| | § | |
| GOLDEN OIL COMPANY | § | CIVIL CASE NO. <u>4:06cv2239</u> |
| | § | |
| Chapter 7 | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | |
| | § | |
| APPELLANT | § | |
| | § | |
| ENERGEN RESOURCES, INC. | § | |
| | § | |
| APPELLEE | § | |

**CROSS-APPELLANT'S DESIGNATION OF ADDITONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL TO FIFTH CIRCUIT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Cross-Appellant, Golden Oil Company, designate the following items to be included in the record on appeal to the Fifth Circuit:

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

1. Golden Oil's Brief (docket #9 in the District Court)

2. Golden Oil's Reply Brief (Docket #11 in the District Court).

DATED:  May 8, 2007

        Respectfully submitted,

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

        By:_____
            EDWARD L. ROTHBERG
            State Bar No. 17313990
            Fed. I.D. No. 2780
            HUGH M. RAY, III
            State Bar No. 24004246
            Fed. I.D. No. 22090
            Eleven Greenway Plaza, Suite 1400
            Houston, Texas 77046
            Telephone: (713) 961-9045
            Facsimile:   (713) 961-5341

        ATTORNEYS FOR CROSS-APPELLANT
        GOLDEN OIL COMPANY

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing has been forwarded to the following parties in interest, via the ECF system and/or first class mail on this May 8, 2007, to:

Philip G. Eisenberg
Mark A. Chavez
Locke Liddell & Sapp
600 Travis, Suite 3400
Houston, TX 77002

        ___/s/Hugh.M.Ray,III_____
        Hugh M. Ray, III