IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **APPEAL** |
| | § | |
| GOLDEN OIL COMPANY | § | CIVIL CASE NO. <u>4:06cv2239</u> |
| | § | |
| Chapter 7 | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | |
| | § | |
|     APPELLANT | § | |
| | § | |
| ENERGEN RESOURCES, INC. | § | |
| | § | |
|     APPELLEE | § | |

## **<u>CROSS-APPELLANT'S STATEMENT OF ISSUES</u> ON APPEAL TO FIFTH CIRCUIT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Cross-Appellant, Golden Oil Company, designates the following issues on appeal to the Fifth Circuit:

    1.    Whether the Bankruptcy Court improperly admitted parol evidence to contradict unambiguous language from a written Plan of Reorganization that the Debtor would grant a lien on oil and gas "production" and "proceeds therefrom", with no reference to a real estate lien in the document.

    2.    Whether the Bankruptcy Court abused its discretion in ruling contrary to the conclusions of its own court-appointed expert in the absence of any countervailing expert testimony.

3. Whether the Bankruptcy Court had statutory authority or jurisdiction to order Titan Wells, Inc. (neither a party to the settlement nor a plan proponent) to sign a subordination agreement.

DATED: May 21, 2007

        Respectfully submitted,

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

        By: _____/s/ Hugh M. Ray, III_____
        EDWARD L. ROTHBERG
        State Bar No. 17313990
        Fed. I.D. No. 2780
        HUGH M. RAY, III
        State Bar No. 24004246
        Fed. I.D. No. 22090
        Eleven Greenway Plaza, Suite 1400
        Houston, Texas 77046
        Telephone: (713) 961-9045
        Facsimile:   (713) 961-5341

        ATTORNEYS FOR CROSS-APPELLANT
        GOLDEN OIL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to the following parties in interest, via the ECF system and/or first class mail on this May 21, 2007, to:

Philip G. Eisenberg
Mark A. Chavez
Locke Liddell & Sapp
600 Travis, Suite 3400
Houston, TX 77002

        ___/s/ Hugh M. Ray, III_____
        Hugh M. Ray, III